If I could just note for everybody's it's 239 F 3rd 939 2001 so that's what I hope that's on the tape yeah you don't need to submit a letter thank you next case is u.s. versus white and it's good to see you again mr. Henderson good to see you I was about to say the same thing I'm here today on behalf of Vance white the controversy in this case is pretty discreet as to whether there's any evidence in the record that my client was involved in the scheme to defraud prior to his release from prison in 2011 it's it's two parts one is that the government never produced that evidence they've they've relied exclusively on purported admission but the other part is that in the government's version of the offense that was submitted to the court the witness Ayanna Armstrong who identifies my client as a participant in this fraud places him as a participant only after 2010 and so now at the sentencing hearing mr. White's lawyer mr. Graham states that quote it's possible that white was completely absent until two years in or more into the conspiracy what is the record basis for that assertion what what I just read to you is at page five of the sentencing which is page 833 in the appendix as I understand trial counsel's objection it was a failure failure of proof objection in other words what mr. white admitted to specifically in his plea agreement was a transaction in 2012 and what had happened prior to sentencing was counsel submitted a sentencing memorandum that for almost the entire time prior to 2011 that was alleged in the indictment and so it really was a there there's no evidence that the government has submitted to prove that there was any involvement starting in 2009 that would then make him responsible for all of the loss amount from that date and the government didn't produce any evidence they said well mr. white admitted this in the plea agreement I don't agree with that I think the Paulette case is instructive because what happened was the government placed into the plea agreement basically a verbatim recitation of the indictment and the indictment charged four people with the scheme to defraud and we know from the government's version of offense that mr. white was the last person in the scheme it started with why isn't it enough here that white conceded in the plea agreement that he was participating in a scheme beginning in 2009 that's that's a concession in the factual basis section of the plea agreement right and and that's the crucial crucial issue the way that I read that and my client reads that and how he understood it at least is that there was a scheme to defraud lasting that began no later than 2009 and lasted until 2013 and he participated in that scheme to defraud that's not an admission that he was in it from the beginning or that he himself participated beginning in 2009 it doesn't say he wasn't either it doesn't say no it's it's ambiguous I mean he could have participated well even while he's in prison I mean there's no there's no evidence of that right but I mean it's possible either way it's it's possible but the problem is the government bears the burden of proving loss at sentencing and so the government failed to meet its burden there but you got that this judge wrote or just the admission in the plea agreement but the admission is only to the existence of the scheme between this time period in this time period it's not an admission to his participation during those particular times and in fact the the evidence that the government did submit shows that Mr. White was not a member of this scheme at the beginning it started with Deontay Purnell and Ayanna Armstrong and Kendrick Moore. Moore died in 2010 according to Ms. Armstrong and that's when Ms. Armstrong assumed his role. Walter Hyde then joined the scheme and only after that my client joined the scheme so that's after 2009 and the the uncontradicted evidence below was that my client didn't participate from jail and he was in jail until 2011 so I just don't think he signed a plea agreement he didn't just plead guilty he signed a plea agreement he did concede his involvement earlier than he now claims. No I disagree with that I agree with you that I mean it we all can read the plea agreement and determine what what he conceded. And in Paulette we said dates are not elements of the offense that are admitted. Right. In this in this kind of a situation and I got to say this is extraordinary where the defendant is actually in prison during the relevant time period. That's right I mean for 45 days in 2009. He was out for 45 days the other the other piece of evidence I'd point to is the government prepared a comprehensive law spreadsheet that's now part of the record and it details exactly what each participant was doing at what time and Mr. White's name pops up December 2011 that's when he really started to participate in this scheme there's just no evidence that that he was participating before. Now there's an educational process in the prison itself learning this particular scheme might have come from there. He was already pretty well down that road at this point. He was down that road. Which Mr. Henderson I guess leads me to one of my frequent questions in such sentencing appeals is I noted in particular the district judge's lack of confidence that Mr. White was likely to go straight and one could look at this record and decide that there was an even greater need for what we politely call specific deterrence to protect the public from Mr. White's future wrongdoing. Would you agree that if we were to remand well I maybe I'm wrong about this but do you think the prison part of this sentence is in it is in play right? Yeah I mean. But the district judge could impose the same sentence? Sure the offense level would go down this was already a below guideline sentence under 3553A but of course Molina-Martinez says that that might have an effect. In practical terms my clients due to be released in August and so practically speaking there may not be much of an effect on the prison sentence. Yeah the prison time doesn't make any difference. It's almost expired but it certainly affects the restitution. Why don't you get into the restitution. There we're talking $400,000. So unless there are other questions I'll save the remaining time. You don't want to address the restitution at this point? Well I'm happy to. You can do it on rebuttal. It's the same argument at the very least even if the court disagrees with and finds that my client admitted to participating in 2009 the very least there's about $23,000 that under no theory can be accounted for and I think a remand is necessary on that score at the very least. So thank you. Ms. Bonamici. May it please the court. Good afternoon. Deborah Bonamici on behalf of the United States. Your Honor, the district court did not clearly err in finding that the defendant participated in this scheme from before the time that he was incarcerated in 2009 and also after the time that he got out and therefore that he should be held accountable for the for the losses that were incurred or caused during the entire period that was charged in the indictment. This court was entitled to rely on the defendant's admission which was made under oath and provide a conclusive evidence of his participation in the scheme during that period and I would point out that not only in the form of the plea agreement he signed the plea agreement that's correct and then at the change of plea hearing when asked what when the prosecutor read through the factual basis provided in the signed plea agreement he was asked whether it was correct or incorrect he made a correction to one aspect of it but he did not make any correction to the time frame or say but I didn't I only participated during. So would you do you construe that as an as a conclusive admission that in the two years he was in prison he was an active member of the scheme? It as a legal matter it doesn't matter whether he was an active member of the scheme during that period that's the that's the key piece this is a charged scheme. That's the way you read this this as an admission that while he was in prison he was a part of this scheme. The scheme continued without him we are not we've never said that we have evidence or that we've never presented the theory that he participated actively participated during the scheme I mean do you have any direct do you have any evidence that he was active in 2009? Yes we have we have evidence it well we don't let me just make a clarification regarding that chart that chart was based on the bank records and specific records we were able to obtain but here's what what the district court was also looking at when it made its determination that he participated before and after that that information included a criminal history which included arrests for exactly the same kind of conduct forgery fake IDs return or obtaining merchandise paragraph 62, 63, 64, 65, and 68 of the CSR list convictions in January and February of 2007 and then the the arrest for which he was picked up in in 2009 which was September 18th. In the same conspiracy? Yes yeah I mean what we what we charged in the indictment was beginning no later than 2009 but the evidence strongly suggested that it began quite a bit that and for example Mr. Armstrong in his grand jury statement which you know there's there are some inconsistencies in terms of the dates and between what he said and and the times in which we know that that the defendant was incarcerated so we're not we're not trying to adopt all of that but he said that the consistency was on or me I'm sorry the conspiracy was ongoing when he joined in 2008 and that's completely consistent with what we see in the defendant's record here they were engaging in the same conduct together plus the so in addition to the criminal history so hang on a second so the evidence is arrests in prior years before the charged onset before your no later than arresting convictions your honor I'm not I'm not meant basing it on arrest. Do they, sorry okay, do they involve the same people in addition to Mr. White? Those are those are limited to his but may I continue just for something else that's in the PSR that sure because it all kind of hangs together and the district court had all this before it when it made its determination in the PSR the defendant paragraph 92 of the PSR defendant admitted to the probation officer in his discussion with the probation officer that he joined the ballroom scene after his discharge from a group home when he was 18 which is approximately 2004 and there is where he learned as part of that scene is how he learned to commit check fraud and he also stated that in in paragraph 111 that he had relied on income from the instant offense and other criminal conduct for his financial support during the period 2007 through 2012. Now obviously during that period there were portions in which he was being sustained by the government right because he was in prison but the point being there's no there's no evidence whatsoever that he held a job at any of those times and basically when answering that question he said well here's how I kept myself alive and I was taught to do this by these people that I hooked up with when I was released from the group home so it there is evidence in the record to support the the contention that that not only did the scheme begin prior to the charging date you know the charging date is often and was in this case based on the date upon which we have specific bank records that begin to show or you know that kind of information but that's why the language of the indictment was no later than because it was understood from the beginning that this was an ongoing project and the defendant at sentencing I mean as your honors have argued at sentencing that number one that he shouldn't be held accountable for the periods for the losses that were caused during the periods in which he was incarcerated and and then he made that one statement in fact it's possible that he was absent for the first two years of the period charged in the indictment and I mean that that really is quite different than saying he didn't start before 2011 and so I would say that if the record is it's not as developed as it might be which it's not as developed as it might be had the had a different argument or I mean I'm not saying that they're completely different but obviously if if the argument had been made in the way that it's being made on appeal it's possible it's probable that the record would be more take all that into account I think it's perfectly legitimate for the court to rely on the defendants admission I'm okay I'm maybe I'm a little rusty on this brief I saw you relying heavily on the admission in the plea agreement which I think is inconsistent I think your reading of it is inconsistent with Paulette and I'm looking for all these other more specific indications you're seven the prior oh here we are okay page 16 here's why I don't think that it's inconsistent with Paulette are you ready to hear sure I don't think it's inconsistent with Paulette because Paulette is talking about the fact of a guilty plea the argument that was made in that case was that the guilty plea itself plead to the count that fact alone was sufficient to bind the defendant in that case the defendant did not agree to the facts provided in a plea agreement as a factual basis he pled guilty but he did not agree or admit specific facts that's very different from the case here where a factual basis was read into the record the defendant was asked whether it was correct and with a limited exception not relevant here he agreed that it was that's very different agreed to the time frame pardon me he agreed he agreed to everything that the prosecutor just said I mean you know it's it's the change of plea hearing right so he didn't take it line by line but he did he agreed to it and he did at that moment man got up made a statement what the offense was the facts of the offense and he agreed to that correct and he did make a correction I mean to me there's another important piece here he made a correction to something else but if that's correct if your understanding of that is correct then he was also conclusively admitting he was a participant in the scheme during the two years he was in prison doesn't that follow I think the same theory that to me judge that's a legal question because what he's saying is I was a member of not I was an active participant in the scheme during this period you read you read that account is saying everybody was a participant over the entire time that's an unusual way to read I don't I don't think that when the defendant admits that I mean I don't think the defendant is admitting when he does that that or when he says I participate in the scheme I don't think the defendant is admitting that he has knowledge of every other participant and you know that he is aware of every single thing that happened in this well he can admit being in his in the conspiracy but he does not admitting to specific acts that he took correct he admits those in separate paragraphs of the plea agreement as well as in the in the factual basis so the point that I would I would make your honor is that it's it is not the same as him admitting that he was actively participating and the government never said he was the government said he is legally responsible for that because there's no withdrawal from a scheme and he was a member of the scheme before he became incarcerated and he was soon as he got out immediately after he got out he started participating again and and actually did 200 checks in a pretty short period of time before he got arrested again demonstrating for sure that he that is that in itself is circumstantial evidence that he was picking up where he left off as opposed to just starting something brand new for the first time in 2011. So how how far back does the charged offense reach in this case? I mean what is our first evidence of it? Under your theory how far back can you reach with the the statement that beginning no later than in or around the fall of 2009? Well. 2004? Judge we elected to I mean I don't I don't know the answer to that in every case. 2007? Is this a general question or? I'm very troubled by the more general approach you are taking to the this this kind of a factual basis that describes the whole scope of the scheme. And and I can see that I can see that point and and what we did here is not in the in in the realm of problematic because what we did here was that we charged it beginning you know beginning no later than 2009 and then we held him accountable for conduct and putting to one side there's this twenty five twenty three thousand dollar issue so I'll put that to the side and in our brief we specifically set that aside. But in this case we we specifically limited the loss amounts to that period to the charge period. Now there were some there I think I think the number is close to 25,000 I'm sorry I'm not pulling the exact number out of my head. But there that was included and goes back to like there's just a couple of incidents in 2008. Right in 2007. And at sentencing that was raised and the prosecutor said well I mean technically it says before you know or at no later than and these things are part of it and it's not distinguishable and the district court felt that that was properly included. But it seems to me that the argument there I will say this I want to point out that in the sentencing record there's another place where the prosecutor took I would call it slightly inconsistent or not slightly an inconsistent position which was that when the court asked him are you trying to hold him accountable for anything before his incarceration in 2009 the prosecutor said no. So this is why. So you already conceded that he didn't know from 2009 back. Right which was the intention. That's a twenty three thousand. Right and that was the intention of the prosecutor and that was the intention of the way that it was presented. These two additional things got added and the prosecutor I mean I don't know this but the record reads is so the prosecutor was surprised by this by not at the time but at the based on the pre-sentencing submissions was a little surprised or taken aback by the position being taken that there was trying to carve time out of the scheme because he had as he noted in the set at the sentencing hearing he noted that they had had a big discussion about the time frame. Were the facts that the government indicated orally in open court taken from the indictment itself that is on or before 2009 or did the facts elicited differ? Which facts do we mean? Do you mean the facts that the government was citing we're going to we'd be able to show this and the mean those it was pretty much read from the plea from the indictment. Well it was read from the plea agreement and a plea agreement was taken largely from the indictment. I'm trying to guess the 2009 whether it said from 2009 or on it. It said no later than beginning no later than 2009. The fall of 2009. You're right. So if we want to call it if we want to be picky about it September 21st right you got in or around in there but it's September 21st and September 18 he goes into custody for the next two years. That's right and then and that specific question was asked by the district court excuse me for pointing was asked by the district court and and the prosecutor said right then there you know we mean the fall generally judge and October's September October I mean August September October I think is the months that he provided but the point the point being that the the government in this case did not attempt to go way back in time. My question initially was on or before so what you've described to me is that you're really starting in September of 2009. Beginning no later than the fall of 2009. Not on or before. Right. Well beginning no later than. In other words the language of the indictment. Well beginning no later than that solves it as far as I'm concerned that says it starts at September or whatever it is 2009 but but the other thing is just because he's in prison is no way no reason he gets out of the conspiracy. You can still conspire and I there are telephones either legally or illegally that he can still participate in a conspiracy. You can but this this being a scheme rather than a conspiracy the rules are even more on arrest for the defendant because you can't withdraw and so right that that that changes it for us. I didn't want to I didn't want to be indicating that just because you don't have a timeout period when you go to. Well that's true too that and it's certainly true too but I would just say that this is not a case judge where that where language wishy-washy language of the indictment of beginning no later than is is being used to tack on years and years and years of prior conduct. Yeah that was going to be my question to you. What difference does it make in real life whether he started in 2011 or 2009? Is there any difference here? Well there's no difference with respect. With his history? Well there there I mean it's there's a difference in the sense that the loss amount includes amounts that were caused between 2009 and 2011 and the restitution amount is the same. So there is that difference. The the point being here though that the defendant the part of the scheme that he there's a participant in the scheme during the entire period charge in the indictment that was not an unfair unreasonable or crazy admission given what we know and what the district court correctly found which was that he was participating before he was incarcerated and again after. In fact he seemed to have been participating pretty much you know from at least January of 2000 just looking at the criminal history reports from 2007 January of 2007 onward and that's consistent with the statements that he made to the probation officer. So if it was sent back let's just say it was sent back and a hearing was held he could be liable for 2007 2008? Well the court the simply take off the 25 23 whatever thousand dollars and say you know what that wasn't what we intended that wasn't what what you what prosecutors said at the time of sentencing and and so that's just a mistake. I don't think it was a mistake the issue was raised and the district court determined that it was proper to include those other two I don't know that there were more than two events that comprised that amount I'm not sure. Could you and Mr. Henderson go to a back room and say let's just forget this $23,000? Well that's how I read the government's brief. Well yeah. In other words we could issue an order we could issue an opinion which would do that itself we wouldn't have to send it back. Correct. You just said right. Yes correct the and the reason I'm saying that primarily is not because we don't take the position that it was unfair that the district court erred but rather that the government the government statement earlier on in the case could be seen as as you know a representation that we were not going to hold the defendant accountable for that we were not asking for it so that that is actually the reason that I proposed that but I do think that if there is a case in which the language beginning no later than it needs to have limits you know a case where the court needs to say there need to be limits this isn't that case because this is not a case where we where there was an attempt to expand the defendant's liability far beyond what he was actually responsible for. I want to ask you what what percentage you think your chances of recovering this money? The last $23,000 of restitution? Yeah I think we I think we can guess about that but in any event for all of these reasons and the reasons I'd make brief, we'd ask that the court affirm the conviction and sentence of the defendant or at a minimum make the change that we So you'll give me an extra 10 minutes. As long as you want. Just keep in mind you're up next again Mr. Reitz is ready everybody's pretty hungry we still want to focus the court's attention on Paulette this was a plea to the indictment it was contained in a plea agreement but the plea agreement contains the verbatim language of the indictment beginning no later than in and or around the fall of 2009 and continuing until at least in or around etc etc etc and the facts that's what I was trying to get at the facts recited in open court that he admitted to were the same as he just he admitted that the did not admit that he participated throughout the entire there he admitted there was a scheme to defraud and that the scheme to defraud to the best of his knowledge he had nothing to contest that it operated between 2009 and 2013 but he did not admit that he personally participated all four years and that's Judge Hamilton's point I think is what should we do with the prior convictions for similar conduct I mean those are yours there there's a lot of speculation about what exactly those were what certainly they weren't charged as part of this scheme they weren't considered relevant conduct as part of this scheme I don't have any details beyond what the PSR tells us and I don't think the PSR tells us much about what happened in those I would address what the the brings up about sort of getting to know certain people who are engaged in this type of behavior but that's exactly what the application note warns against in the loss amount calculation is even if you know that people are engaged in a scheme to defraud you are not liable for their losses until you actually participate yourself until you actually join that scheme and so there's just no record that Mr. White joined the scheme prior to 2011 one last thing the government thinks what he got out and he just started doing this again again the loss calculation spreadsheet Mr. White got out in August of 2011 and the first transaction he's involved with is four months later in December of 2011 so this isn't a I'm out on the street I'm going to immediately jump back into something well but then you get planning and other things also are part of the can be a part of the conspiracy as opposed to just calling using the phone or going to whatever they did no it absolutely but it's all of that those facts are speculative there's nothing in the record to suggest that he was planning this that he was calling people that that's really the core of this case is there is no evidence there might be evidence somewhere but it wasn't presented to the district court and for that reason it hurt so we'd ask that the court vacate the sentence and remand for resentencing thank you thank thanks to both counsel the case under advisement